1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH R. PADDOCK,<br><br>                                  Plaintiff,<br><br>    v.<br><br>PEACEHEALTH, INC. d/b/a/ ST. JOSEPH'S MEDICAL CENTER and PEACEHEALTH MEDICAL GROUP, BELLINGHAM ANESTHESIA ASSOCIATES, P.S., FOURTH CORNER NEUROSURGICAL ASSOCIATES, INC., P.S., NORTHWEST RADIOLOGISTS, INC., P.S., DAVID E. BAKER, M.D., JASON M. STOANE, M.D., PAUL B. FREDETTE, M.D., JOHN E. MORRISON, M.D., CARMEN V. HELLINGA, R.N., DAVID A. FLARRY, R.N., JOANNA B. AXELSON, R.N., CAMILLE A. MILLER, M.D., and TUNG M. HA, D.O.<br><br>                                Defendants. | Case No. 2:21-cv-00639<br><br>ORDER ON STIPULATED MOTION FOR LEAVE TO FILE AMENDED SUMMONS |

      The matter having come before the Court on Plaintiff Elizabeth R. Paddock's Stipulated Motion for Leave to File Amended Summons, and the Court having considered that Motion, it is hereby ORDERED that the Motion is granted.

ORDER ON STIPULATED MOTION FOR
LEAVE TO FILE AMENDED SUMMONS -
PAGE 1
No. 2:21-cv-00639

MOSELEY COLLINS LAW, APLC.
701 5th Avenue, Suite 4200
Seattle, WA 98104
(206) 333-2960; FAX (206) 452-1649

1  Dated this 22nd day of June, 2021.

*[Signature]*
United States District Judge

Presented by:

MOSELEY COLLINS LAW, APLC

By: /s John J. Kinney III
JOHN J. KINNEY III
WSBA # 53905
701 5th Avenue, #4200
Seattle, WA 98104
Telephone: 206-333-2960
Facsimile: 206-452-1649
Email: john@moseleycollins.com
Attorney for Plaintiff Elizabeth Paddock

ORDER ON STIPULATED MOTION FOR
LEAVE TO FILE AMENDED SUMMONS -
PAGE 2
No. 2:21-cv-00639

MOSELEY COLLINS LAW, APLC.
701 5th Avenue, Suite 4200
Seattle, WA 98104
(206) 333-2960; FAX (206) 452-1649