The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ELIZABETH R. PADDOCK,<br><br>          Plaintiff,<br><br>    v.<br><br>PEACEHEALTH, INC. d/b/a ST. JOSEPH'S MEDICAL CENTER and PEACEHEALTH MEDICAL GROUP, BELLINGHAM ANESTHESIA ASSOCIATES, P.S., FOURTH CORNER NEUROSURGICAL ASSOCIATES, INC., P.S., NORTHWEST RADIOLOGISTS, INC., P.S., DAVID E. BAKER, M.D. JASON M. STOANE, M.D., PAUL B. FREDETTE, M.D., JOHN E. MORRISON, M.D., CARMEN V. HELLINGA, R.N., DAVID A. FLARRY, R.N., JOANNA B. AXELSON, R.N., CAMILLE A. MILLER, M.D., and TUNG M. HA, D.O.,<br><br>          Defendants. | NO. 2:21-cv-00639 RSL<br><br>STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT CAMILLE A. MILLER M.D. |

## STIPULATION

Pursuant to LCR 83.2(b)(1), all parties stipulate and agree that the law firm of Fain Anderson Vanderhoef Rosendahl O'Halloran Spillane, and attorneys Ketia Berry Wick and Caleb T. Mathena may withdraw as counsel for defendant Camille A. Miller, M.D. in this action, and the law firm of Johnson, Graffe, Keay, Moniz & Wick, LLP, through attorneys Miranda K. Aye and Aida Babahmetovic should be substituted in as counsel to defendant Camille A. Miller, M.D.

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT CAMILLE A. MILLER M.D. – 1

Johnson Graffe Keay
Moniz & Wick LLP
925 Fourth Ave., Ste. 2300
Seattle, WA 98104
(206) 223-4770

Copies of all further papers and pleadings, except original process, shall be served upon Miranda K. Aye and Aida Babahmetovic by leaving the same with her at the address herein stated. This withdrawal is effective immediately.

DATED this 8th day of November, 2021.

| | |
|---|---|
| FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE | JOHNSON, GRAFFE, KEAY, MONIZ &WICK, LLP |
| s/ Ketia B. Wick, WSBA #27219<br>s/ Caleb T. Mathena, WSBA #57001<br>*Withdrawing Attorneys for Defendant Miller, MD*<br>701 5th Ave Ste 4750, Seattle, WA 98104<br>Phone:  (206) 749-0094<br>Email:  Ketia@favros.com, Caleb@favros.com | s/ Miranda K. Aye, WSBA #40582<br>s/ Aida Babahmetovic, WSBA #53207<br>*Substituting Attorneys for Defendant Miller, MD*<br>925 Fourth Avenue, Ste 2300, Seattle, WA  98104<br>Phone:  (206) 223-4770<br>e-mail:  AyeM@jgkmw.com, Aida@jgkmw.com |
| MOSELEY COLLINS LAW, APLC | JOHNSON GRAFFE KEAY MONIZ & WICK |
| s/ John J. Kinney, WSBA #53905<br>*Counsel for Plaintiff*<br>701 5th Ave, #4200, Seattle WA 98104<br>Phone: 206-333-2960<br>Email: john@moseleycollins.com | s/ Phillip deMaine, WSBA # 28389<br>s/ Brennen Johnson, WSBA # 51665<br>*Counsel for Bellingham Anesthesia and Morrison , MD*<br>2115 N 30th St Ste 101, Tacoma, WA 98403<br>Phone: (253) 572-5323<br>Email: phild@jgkmw.com, johnsonb@jgkmw.com |
| BENNETT BIGELOW & LEEDOM, P.S. | FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE |
| s/ Jennifer L Moore, WSBA #30422<br>s/ Lauren M Martin, WSBA #49026<br>*Counsel for PeaceHealth and RNs Hellinga, Flarry, Alexon*<br>601 Union St Ste 1500, Seattle, WA 98101<br>Phone: (206) 622-5511<br>Email: Jmoore@bbllaw.com, lmartin@bbllaw.com | s/ Scott M O'Halloran, WSBA #25236<br>s/ Erin E. Ehlert, WSBA #26340<br>*Counsel for Fourth Corner Neuro, and Drs. Baker and Ha*<br>1301 A St Ste 900, Tacoma, WA 98402<br>Phone: (206) 328-7800<br>Email: scott@favros.com, erine@favros.com |
| HART WAGNER LLP | |
| s/ Donna L. Lee, WSBA #42395<br>s/ Gordon L. Welborn, WSBA #23769<br>*Attorney for Defendant Northwest Radiologists Inc PS. & Dr. Stoane*<br>1000 SW Broadway Fl 20<br>Portland, OR 97205<br>Phone: (503) 222-4499<br>Email: DLL@hartwagner.com, GLW@hartwagner.com | |

**PROPOSED ORDER**

It is ORDERED, ADJUDGED and DECREED that the foregoing Motion in the above-captioned case be GRANTED. Fain Anderson Vanderhoef Rosendahl O'Halloran Spillane, and attorneys Ketia Berry Wick and Caleb T. Mathena may withdraw as counsel for defendant Camille A. Miller, MD in this action and shall be substituted by the law firm of Johnson, Graffe, Keay, Moniz & Wick, LLP, through attorneys Miranda K. Aye and Aida Babahmetovic.

ORDERED on this  9th  day of    November   , 2021.

*[signature]*
The Honorable Robert S. Lasnik