The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH R. PADDOCK,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PEACEHEALTH, INC. d/b/a/ ST. JOSEPH'S MEDICAL CENTER and PEACEHEALTH MEDICAL GROUP, BELLINGHAM ANESTHESIA ASSOCIATES, P.S., FOURTH CORNER NEUROSURGICAL ASSOCIATES, INC., P.S., NORTHWEST RADIOLOGISTS, INC., P.S., DAVID E. BAKER, M.D., JASON M. STOANE, M.D., PAUL B. FREDETTE, M.D., JOHN E. MORRISON, M.D., CARMEN V. HELLINGA, R.N., DAVID A. FLARRY, R.N., JOANNA B. AXELSON, R.N., CAMILLE A. MILLER, M.D., and TUNG M. HA, D.O.<br><br>　　　　　　　　　　Defendants. | Case No. 2:21-cv-00639<br><br>ORDER ON STIPULATED MOTION TO TO DISMISS CARMEN V. HELLINGA, R.N., DAVID A. FLARRY, R.N., AND JOANNA B. AXELSON, R.N. |

　　　　The matter having come before the Court on Plaintiff Elizabeth R. Paddock's Stipulated Motion to Dismiss Carmen V. Hellinga, R.N., David A. Flarry, R.N., and Joanna B. Axelson, R.N., and the Court having considered that Motion, it is hereby ORDERED that the Motion is

ORDER ON STIPULATED
MOTION TO DISMISS CARMEN V. HELLINGA, R.N.,
DAVID A. FLARRY, R.N., AND JOANNA B.
AXELSON, R.N - PAGE 1
No. 2:21-cv-00639

MOSELEY COLLINS LAW, APLC.
701 5th Avenue, Suite 4200
Seattle, WA 98104
(206) 333-2960; FAX (206) 452-1649

granted. Carmen V. Hellinga, R.N., David A. Flarry, R.N., and Joanna B. Axelson, R.N. are dismissed without prejudice.

Dated this 3rd day of December, 2021.

*[signature]*
United States District Judge

Presented by:

MOSELEY COLLINS LAW, APLC

By: /s John J. Kinney III
JOHN J. KINNEY III
WSBA # 53905
701 5th Avenue, #4200
Seattle, WA 98104
Telephone: 206-333-2960
Facsimile: 206-452-1649
Email: john@moseleycollins.com
Attorney for Plaintiff Elizabeth Paddock

ORDER ON STIPULATED
MOTION TO DISMISS CARMEN V. HELLINGA, R.N.,
DAVID A. FLARRY, R.N., AND JOANNA B.
AXELSON, R.N - PAGE 2
No. 2:21-cv-00639

MOSELEY COLLINS LAW, APLC.
701 5th Avenue, Suite 4200
Seattle, WA 98104
(206) 333-2960; FAX (206) 452-1649

| | |
|---|---|
| **Counsel for Defendants Carmen Hellinga, PeaceHealth Inc. d.b.a. St. Joseph's Medical Center and PeaceHealth Medical Group, David Flarry, and Joanna Axelson** | ☐ *Regular US Mail.* |
| | ☐ *Facsimile* |
| | ☐ *Personal Service* |
| Jennifer Moore | ☑ *Email/ECF* |
| Lauren Martin | |
| BENNET BIGELOW & LEEDOM, P.S. | |
| 601 Union Street, Suite 1500 | |
| Seattle, Washington 98101-1363 | |
| jmoore@bbllaw.com | |
| lmartin@bbllaw.com | |
| ffusaro@bbllaw.com | |
| cjohnston@bbllaw.com | |
| eservice@bbllaw.com | |
| | |
| **Counsel for Defendants Bellingham Anesthesia Associates and John Morrison** | ☐ *Regular US Mail.* |
| | ☐ *Facsimile* |
| Phil deMaine | ☐ *Personal Service* |
| Brennen J. Johnson | ☑ *Email/ECF* |
| JOHNSON, GRAFFE, KEAY, MONIZ & WICK | |
| 2115 N. 30th St., Suite 101 | |
| Tacoma, WA 98403 | |
| phild@jgkmw.com | |
| brennenj@jgkmw.com | |
| BethB@jgkmw.com | |
| kellys@jgkmw.com | |
| | |
| **Counsel for Defendants Paul B. Fredette, M.D.** | ☐ *Regular US Mail.* |
| | ☐ *Facsimile* |
| Ketia B. Wick | ☐ *Personal Service* |
| Caleb T. Mathena | ☑ *Email/ECF* |
| FAVROS LAW | |
| 701 Fifth Avenue, Suite 4750 | |
| Seattle, WA 98104 | |
| ketia@favros.com | |
| alisha@favros.com | |
| caleb@favros.com | |
| emilym@favros.com | |
| kenya@favros.com | |

ORDER ON STIPULATED
MOTION TO DISMISS CARMEN V. HELLINGA, R.N.,
DAVID A. FLARRY, R.N., AND JOANNA B.
AXELSON, R.N - PAGE 4
No. 2:21-cv-00639

MOSELEY COLLINS LAW, APLC.
701 5th Avenue, Suite 4200
Seattle, WA 98104
(206) 333-2960; FAX (206) 452-1649

**Counsel for Defendant Camille A. Miller, M.D.**
Miranda K. Aye
Aida Babahmetovic
JOHNSON, GRAFFE, KEAY, MONIZ & WICK
2115 N. 30th St., Suite 101
Tacoma, WA 98403
AyeM@jgkmw.com
BabahmetovicA@jgkmw.com
LacyS@jgkmw.com
GrendeT@jgkmw.com

Executed on December 1, 2021, at El Dorado Hills, CA.

    /s/ Joshua Cordova
Joshua Cordova

ORDER ON STIPULATED
MOTION TO DISMISS CARMEN V. HELLINGA, R.N.,
DAVID A. FLARRY, R.N., AND JOANNA B.
AXELSON, R.N - PAGE 5
No. 2:21-cv-00639

MOSELEY COLLINS LAW, APLC.
701 5th Avenue, Suite 4200
Seattle, WA 98104
(206) 333-2960; FAX (206) 452-1649