HON. JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH R. PADDOCK, <br><br> Plaintiff, <br><br> v. <br><br> PEACEHEALTH, INC. d/b/a ST. JOSEPH'S MEDICAL CENTER and PEACEHEALTH MEDICAL GROUP, et al., <br><br> Defendants. | NO. 2:21-cv-00639 <br><br> ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND ANSWERS OF DEFENDANTS |

This matter comes before the Court on the Stipulated Motion for Leave to Amend Answers of the Defendants. Having reviewed the stipulated motion and the remainder of the file, it is hereby **ORDERED** that the motion is **GRANTED** and Defendants are granted leave to file their proposed amended answers.

Signed this 17th day of May, 2022.

HON. JOHN H. CHUN
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND
ANSWERS OF DEFENDANTS – 1