UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH R. PADDOCK,<br><br>Plaintiff,<br>v.<br><br>PEACEHEALTH, INC. d/b/a ST. JOSEPH'S MEDICAL CENTER and PEACEHEALTH MEDICAL GROUP, BELLINGHAM ANESTHESIA ASSOCIATES, P.S., FOURTH CORNER NEUROSURGICAL ASSOCIATES, INC., P.S., NORTHWEST RADIOLOGISTS, INC., P.S., DAVID E. BAKER, M.D. JASON M. STOANE, M.D., PAUL B. FREDETTE, M.D., JOHN E. MORRISON, M.D., CAMILLE A. MILLER, M.D., and TUNG M. HA, D.O.,<br><br>Defendants. | NO. 2:21-cv-00639 JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CAMILLE MILLER, M.D. |

**STIPULATION**

All parties, by and through their respective counsel of record, hereby stipulate and agree that any and all claims and causes of action that were or could have been brought by Plaintiff against Defendant Camille Miller, MD. herein, are dismissed with prejudice and without costs and fees to any party.

Defendants PeaceHealth, Inc. d/b/a St. Joseph's Medical Center, PeaceHealth Medical Group, Bellingham Anesthesia Associates, PS, Fourth Corner Neurosurgical Associates, Inc., Northwest Radiologists, Inc., PS, David E. Baker, MD, Jason M. Stoane, MD, Paul B. Fredette, MD, John E. Morrison, MD, and Tung M. Ha, DO further stipulate and agree that they will not allege that Camille Miller, MD, is at fault in this matter or that the care she provided Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CAMILLE MILLER, M.D. – 1

Johnson Graffe Keay
Moniz & Wick LLP
925 Fourth Ave., Ste. 2300
Seattle, WA 98104
(206) 223-4770

was below the standard of care, or that her actions and/or failures to act, caused any injury or harm to plaintiff. Defendants PeaceHealth, Inc. d/b/a St. Joseph's Medical Center, PeaceHealth Medical Group, Bellingham Anesthesia Associates, P.S., Fourth Corner Neurosurgical Associates, Inc., Northwest Radiologists, Inc., P.S., David E. Baker, MD, Jason M. Stoane, MD, Paul B. Fredette, MD, John E. Morrison, MD, and Tung M. Ha, DO, further stipulate and agree that they will not seek to allocate fault against Dr. Miller pursuant to RCW 4.22.070.

DATED this 5th day of January, 2023.

| FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE | FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE |
|---|---|
| s/ Scott M O'Halloran, WSBA #25236<br>s/ Erin E. Ehlert, WSBA #26340<br>*Counsel for Defendant Fourth Corner Neuro, Drs Baker and Ha*<br>1301 A St Ste 900, Tacoma, WA 98402<br>Phone: (206) 328-7800<br>Email: scott@favros.com, erine@favros.com | s/ Ketia B. Wick, WSBA #27219<br>s/ Caleb T. Mathena, WSBA #57001<br>*Counsel for Defendant Fredette, MD*<br>701 5th Ave., Ste 4750, Seattle, WA 98104<br>Phone: (206) 328-7800<br>Email: scott@favros.com, erine@favros.com |
| HART WAGNER LLP | JOHNSON GRAFFE KEAY MONIZ & WICK |
| s/ Donna L. Lee, WSBA #42395<br>s/ Gordon L. Welborn, WSBA #23769<br>*Attorney for Defendant NW Radiologist, Stoane MD*<br>1000 SW Broadway Fl 20, Portland, OR 97205<br>Phone: (503) 222-4499<br>Email: DLL@hartwagner.com, GLW@hartwagner.com | s/ Philip deMaine, WSBA # 28389<br>s/ Brennen Johnson, WSBA # 51665<br>*Counsel for Bellingham Anesthesia, Morrison MD*<br>2115 N 30th St Ste 101, Tacoma, WA 98403<br>Phone: (253) 572-5323<br>Email: phild@jgkmw.com, johnsonb@jgkmw.com |
| JOHNSON GRAFFE KEAY MONIZ & WICK | MOSELEY COLLINS LAW |
| s/Miranda K. Aye, WSBA #40582<br>s/Aida Babahmetovic, WSBA #53207<br>*Attorney for Defendant Camille Miller, MD*<br>HolmesK@jgkmw.com, AyeM@jgkmw.com | s/ John J. Kinney, WSBA #53905<br>*Counsel for Plaintiff*<br>701 5th Ave, #4200, Seattle WA 98104<br>Phone: 206-333-2960<br>Email: john@moseleycollins.com |
| BENNETT BIGELOW & LEEDOM, PS | |
| s/Jennifer Moore, WSBA #30422<br>s/Lauren M. Martin, WSBA #49026<br>*Attorneys for Defendant PeaceHealth*<br>601 Union St, Ste 1500, Seattle, WA 98101<br>Phone: (206) 622-5511<br>Email: jmoore@bbllaw.com; lmartin@bbllaw.com | |

# ORDER

Having come before the Court upon the Parties' Stipulation and Order of Dismissal with Prejudice, and having fully considered the same and found good cause exists therefor:

It is hereby ORDERED, ADJUDGED, and DECREED that any and all claims and causes of action which were or could have been brought by Plaintiffs against Defendant Camille Miller, M.D. are hereby dismissed with prejudice and without costs and fees to any party.

DATED this 6th day of January, 2023.

_____
The Honorable John H. Chun
United States District Judge

Presented By:

JOHNSON, GRAFFE, KEAY, MONIZ & WICK

s/ Miranda K. Aye, WSBA #40582
s/ Aida Babahmetovic, WSBA #53207
*Attorneys for Defendant Miller, MD*
e-mail: AyeM@jgkmw.com, Aida@jgkmw.com

Approved as to form, notice of presentation waived:

| | |
|---|---|
| FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE | FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE |
| s/ Scott M O'Halloran, WSBA #25236<br>s/ Erin E. Ehlert, WSBA #26340<br>*Counsel for Defendant Fourth Corner Neuro, Drs Baker and Ha*<br>1301 A St Ste 900, Tacoma, WA 98402<br>Phone: (206) 328-7800<br>Email: scott@favros.com, erine@favros.com | s/ Ketia B. Wick, WSBA #27219<br>s/ Caleb T. Mathena, WSBA #57001<br>*Counsel for Defendant Fredette, MD*<br>701 5th Ave., Ste 4750, Seattle, WA 98104<br>Phone: (206) 328-7800<br>Email: scott@favros.com, erine@favros.com |
| HART WAGNER LLP | JOHNSON GRAFFE KEAY MONIZ & WICK |
| s/ Donna L. Lee, WSBA #42395<br>s/ Gordon L. Welborn, WSBA #23769<br>*Attorney for Defendant NW Radiologist, Stoane MD*<br>1000 SW Broadway Fl 20, Portland, OR 97205<br>Phone: (503) 222-4499<br>Email: DLL@hartwagner.com, GLW@hartwagner.com | s/ Philip deMaine, WSBA # 28389<br>s/ Brennen Johnson, WSBA # 51665<br>*Counsel for Bellingham Anesthesia, Morrison MD*<br>2115 N 30th St Ste 101, Tacoma, WA 98403<br>Phone: (253) 572-5323<br>Email: phild@jgkmw.com, johnsonb@jgkmw.com |

| | |
|---|---|
| BENNETT BIGELOW & LEEDOM, PS | MOSELEY COLLINS LAW |
| s/Jennifer Moore, WSBA #30422<br>s/Lauren M. Martin, WSBA #49026<br>*Attorneys for Defendant PeaceHealth*<br>601 Union St, Ste 1500, Seattle, WA 98101<br>Phone: (206) 622-5511<br>Email: jmoore@bbllaw.com;<br>lmartin@bbllaw.com | s/ John J. Kinney, WSBA #53905<br>*Counsel for Plaintiff*<br>701 5th Ave, #4200, Seattle WA 98104<br>Phone: 206-333-2960<br>Email: john@moseleycollins.com |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CAMILLE MILLER, M.D. – 4

Johnson Graffe Keay
Moniz & Wick LLP
925 Fourth Ave., Ste. 2300
Seattle, WA 98104
(206) 223-4770