The Honorable John H. Chun

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH R. PADDOCK,<br><br>                    Plaintiff,<br><br>     v.<br><br>PEACEHEALTH, INC. d/b/a ST. JOSEPH'S MEDICAL CENTER and PEACEHEALTH MEDICAL GROUP, BELLINGHAM ANESTHESIA ASSOCIATES, P.S., FOURTH CORNER NEUROSURGICAL ASSOCIATES, INC., P.S., NORTHWEST RADIOLOGISTS, INC., P.S., DAVID E. BAKER, M.D., JASON M. STOANE, M.D., PAUL B. FREDETTE, M.D., JOHN E. MORRISON, M.D., and TUNG M. HA, D.O.,<br><br>                    Defendants. | Case No. 2:21-cv-00639<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TUNG M. HA, D.O. |

## STIPULATION

All parties, by and through their respective counsel of record, hereby stipulate and agree that any and all claims and causes of action that were or could have been brought by Plaintiff against defendant Tung M. Ha, D.O. herein, are dismissed with prejudice and without costs and fees to any party.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TUNG M. HA, D.O. - 1
No. 2:21-cv-00639

1403921.docx

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
1301 A Street, Suite 900
Tacoma, WA 98402
p. 253-328-7800 • f. 253-272-0386

Defendants PeaceHealth, Inc. d/b/a St. Joseph's Medical Center, PeaceHealth Medical Group, Bellingham Anesthesia Associates, P.S., Northwest Radiologists, Inc., P.S., Fourth Corner Neurosurgical Associates, Inc., P.S., Jason M. Stoane, M.D., Paul B. Fredette, M.D., John E. Morrison, M.D., and David E. Baker, M.D., further stipulate and agree that they will not allege that Tung M. Ha, D.O. is at fault in this matter or that the care he provided Plaintiff was below the standard of care, or that his actions and/or failures to act caused any injury or harm to plaintiff. Defendants PeaceHealth, Inc. d/b/a St. Joseph's Medical Center, PeaceHealth Medical Group, Bellingham Anesthesia Associates, P.S., Northwest Radiologists, Inc., P.S., Fourth Corner Neurosurgical Associates, Inc., P.S., Jason M. Stoane, M.D., Paul B. Fredette, M.D., John E. Morrison, M.D., and David E. Baker, M.D., further stipulate and agree that they will not seek to allocate fault against Dr. Ha pursuant to RCW 4.22.070.

DATED this ___6th___ day of January, 2023.

| | |
|---|---|
| MOSELEY COLLINS LAW, APLC | FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC |
| By: s/ *John J. Kinney* (per email auth)<br>John J. Kinney III, WSBA #53905<br>701 5th Avenue, #4200, Seattle, WA 98104<br>Phone: 206-333-2960<br>Email: john@moseleycollins.com<br>Attorney for Plaintiff Elizabeth Paddock | By: s/*Scott M. O'Halloran*<br>Scott M. O'Halloran, WSBA #25236<br>Simon P. Youngbloom, WSBA #58851<br>1301 A Street, Suite 900, Tacoma, WA 98402<br>Phone: 253-328-7800<br>Email: scott@favros.com, simon@favros.com<br>Attorneys for Defendants Fourth Corner Neurosurgical Associates, Inc., P.S., David E. Baker, M.D., and Tung M. Ha, D.O. |

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANT TUNG M. HA, D.O. - 2
No. 2:21-cv-00639

1403921.docx

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
1301 A Street, Suite 900
Tacoma, WA 98402
p. 253-328-7800 • f. 253-272-0386

| | |
|---|---|
| BENNETT BIGELOW & LEEDOM, P.S. | HART & WAGNER LLP |
| By: s/ *Jennifer L. Moore*, (per email auth)<br>Jennifer L. Moore, WSBA No. 30422<br>Lauren M. Martin, WSBA No. 49026<br>601 Union Street, Suite 1500, Seattle, WA 98101<br>Phone: 206-622-5511<br>Email: Jmoore@bbllaw.com, lmartin@bbllaw.com<br>Attorneys for PeaceHealth, Inc. d/b/a St. Joseph Medical Center, and PeaceHealth Medical Group | By: s/ *Donna L. Lee* (per email auth)<br>Gordon L. Welborn, WSBA #23769<br>Donna L. Lee, WSBA # 42395<br>439 SW Umatilla Avenue, Redmond, OR 97756<br>Phone: 503-222-4499<br>Email: glw@hartwagner.com, dll@hartwagner.com<br>Attorneys for Northwest Radiologists and Jason M. Stoane, M.D. |
| FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC | JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP |
| By: s/ *Ketia B. Wick* (per email auth)<br>Ketia B. Wick, WSBA #27219<br>Caleb T. Mathena, WSBA #57001<br>701 5th Ave., Suite 4750, Seattle, WA 98101<br>Phone: 206-749-0094<br>Email: ketia@favros.com, caleb@favros.com<br>Attorneys for Paul B. Fredette, M.D. | By: s/ *Brennen Johnson* (per email auth)<br>Philip M. deMaine, WSBA #28389<br>Brennen Johnson, WSBA #51665<br>2115 N. 30th St., Ste 101, Tacoma, WA 98403<br>Phone: 253-572-5323<br>Email: phild@jgkmw.com, brennenj@jgkmw.com<br>Attorneys for Bellingham Anesthesia Associates and John Morrison, M.D. |

**ORDER**

Having come before the Court upon Parties' Stipulation and Order of Dismissal with Prejudice, and having fully considered the same and found good cause exists therefore:

It is hereby ORDERED, ADJUDGED, and DECREED that any and all claims and causes of action which were or could have been brought by Plaintiffs against Defendant Tung

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TUNG M. HA, D.O. - 3
No. 2:21-cv-00639

1403921.docx

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
1301 A Street, Suite 900
Tacoma, WA 98402
p. 253-328-7800 • f. 253-272-0386

1  M. Ha, D.O., are hereby dismissed with prejudice and without costs and fees to any party.

2      DATED this 6th day of January, 2023.

3

4                                *John H. Chun*
                          The Honorable John H. Chun

5                            United States District Judge

6  Presented by:

7  FAIN ANDERSON VANDERHOEF ROSENDAHL
   O'HALLORAN SPILLANE, PLLC

8

9  By: s/*Scott M. O'Halloran*
     Scott M. O'Halloran, WSBA #25236
     Simon P. Youngbloom, WSBA #58851

10      1301 A Street, Suite 900, Tacoma, WA 98402
     Phone: (253) 328-7800

11      Email: scott@favros.com, simon@favros.com

12      Attorneys for Defendants Fourth Corner
     Neurosurgical Associates, Inc., P.S., David E.

13      Baker, M.D., and Tung M. Ha, D.O.

14  Approved as to Form and Notice of Presentment Waived:

15  MOSELEY COLLINS LAW, APLC

16

17  By: s/ *John J. Kinney* (per email auth)
     John J. Kinney III, WSBA #53905

18      701 5th Avenue, #4200, Seattle, WA 98104
     Phone: 206-333-2960

19      Email: john@moseleycollins.com
     Attorney for Plaintiff Elizabeth Paddock

20

21  HART & WAGNER LLP

22  By: s/ *Donna L. Lee* (per email auth)
     Gordon L. Welborn, WSBA #23769

23      Donna L. Lee, WSBA # 42395
     439 SW Umatilla Avenue, Redmond, OR 97756

24      Phone: (503) 222-4499
     Email: glw@hartwagner.com, dll@hartwagner.com

25      Attorneys for Northwest Radiologists and Jason
     M. Stoane, M.D.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TUNG M. HA, D.O. - 4
No. 2:21-cv-00639

1403921.docx

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
1301 A Street, Suite 900
Tacoma, WA 98402
p. 253-328-7800 • f. 253-272-0386

BENNETT BIGELOW & LEEDOM, P.S.

By: s/ *Jennifer L. Moore*, (per email auth)
    Jennifer L. Moore, WSBA No. 30422
    Lauren M. Martin, WSBA No. 49026
    601 Union Street, Suite 1500, Seattle, WA 98101
    Phone: (206) 622-5511
    Email: Jmoore@bbllaw.com, lmartin@bbllaw.com
    Attorneys for PeaceHealth, Inc. d/b/a St. Joseph
    Medical Center, and PeaceHealth Medical Group

JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP

By: s/ *Brennen Johnson* (per email auth)
    Philip M. deMaine, WSBA #28389
    Brennen Johnson, WSBA #51665
    2115 N. 30th St., Ste 101, Tacoma, WA 98403
    Phone: (253) 572-5323
    Email: phild@jgkmw.com, brennenj@jgkmw.com
    Attorneys for Bellingham Anesthesia Associates
    and John Morrison, M.D.

FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE, PLLC

By: s/ *Ketia B. Wick* (per email auth)
    Ketia B. Wick, WSBA #27219
    Caleb T. Mathena, WSBA #57001
    701 5th Ave., Suite 4750, Seattle, WA 98101
    Phone: (206) 749-0094
    Email: ketia@favros.com, caleb@favros.com
    Attorneys for Paul B. Fredette, M.D.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TUNG M. HA, D.O. - 5
No. 2:21-cv-00639

1403921.docx

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
1301 A Street, Suite 900
Tacoma, WA 98402
p. 253-328-7800 • f. 253-272-0386