The Honorable John H. Chun

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH R. PADDOCK,<br><br>      Plaintiff,<br><br> v.<br><br>PEACEHEALTH, INC. d/b/a/ ST. JOSEPH'S MEDICAL CENTER and PEACEHEALTH MEDICAL GROUP, BELLINGHAM ANESTHESIA ASSOCIATES, P.S., FOURTH CORNER NEUROSURGICAL ASSOCIATES, INC., P.S., NORTHWEST RADIOLOGISTS, INC., P.S., DAVID E. BAKER, M.D., JASON M. STOANE, M.D., PAUL B. FREDETTE, M.D., JOHN E. MORRISON, M.D., and TUNG M. HA, D.O.,<br><br>      Defendants. | Case No. 2:21-cv-00639-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS NORTHWEST RADIOLOGISTS, INC., P.S. AND JASON M. STOANE, M.D. |

## STIPULATION

All parties, by and through their respective counsel of record, hereby stipulate and agree that any and all claims of causes of action that were or could have been brought by Plaintiff against Defendants Northwest Radiologists, Inc., P.S. and Jason M. Stoane, M.D. herein, are dismissed with prejudice and without costs and fees to any party.

Defendants PeaceHealth, Inc. d/b/a St. Joseph's Medical Center, PeaceHealth Medical Group, Bellingham Anesthesia Associates, P.S., Fourth Corner Neurosurgical Associates, Inc.,

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS NORTHWEST RADIOLOGISTS, INC., P.S. AND JASON M. STOANE, M.D.  – 1
2:21-cv-00639-RSL

HART WAGNER, LLP
Trial Attorneys
1000 S.W. Broadway, 20th Floor
Portland, Oregon 97205
Telephone:(503) 222-4499
Fax: (503) 222-2301

1  David E. Baker, M.D., Paul B. Fredette, M.D., John E. Morrison, M.D., and Tung M. Ha, D.O.
2  further stipulate and agree that they will not allege that Northwest Radiologists, Inc., P.S. and Jason
3  M. Stoane, M.D. are at fault in this matter or that the care they provided Plaintiff was below the
4  standard of care, or that their actions and/or failures to act caused any injury or harm to plaintiff.
5  Defendants PeaceHealth, Inc. d/b/a St. Joseph's Medical Center, PeaceHealth Medical Group,
6  Bellingham Anesthesia Associates, P.S., Fourth Corner Neurosurgical Associates, Inc., David E.
7  Baker, M.D., Paul B. Fredette, M.D., John E. Morrison, M.D., and Tung M. Ha, D.O. further
8  stipulate and agree that they will not seek to allocate fault against Northwest Radiologists, Inc., P.S.
9  and Jason M. Stoane, M.D. pursuant to RCW 4.22.070.

DATED this ___ day of January, 2023.

| | |
|---|---|
| MOSELEY COLLINS LAW | HART WAGNER, LLP |
| s/ John J. Kinney III<br>John J. Kinney III, WSBA No. 53905<br>701 Fifth Avenue, #4200, Seattle, WA 98104<br>Phone: 206.333.2960<br>Email: john@moseley-collins.com<br>*Counsel for Plaintiff* | s/ Donna L. Lee<br>Donna L. Lee, WSBA No. 42395<br>Gordon L. Welborn, WSBA No. 23769<br>1000 SW Broadway, 20th Floor, Portland, OR 97205<br>Phone: 503.222.4499<br>Emails: dll@hartwagner.com; glw@hartwagner.com<br>*Counsel for Defendants NW Radiologists and Stoane, M.D.* |
| JOHNSON GRAFFE KEAY MONIZ & WICK | BENNETT BIGELOW & LEEDOM |
| s/ Philip deMaine<br>s/ Brennen Johnson<br>Philip deMaine, WSBA No. 28389<br>Brennen Johnson, WSBA No. 51665<br>2115 N. 30th, Suite 101, Tacoma WA 98403<br>Phone: 253.572.5323<br>Emails: phild@jgkmw.com; brennenj@jgkmw.com<br>*Counsel for Defendants Bellingham Anesthesia and Morrison, M.D.* | s/ Jennifer L. Moore<br>Jennifer L. Moore, WSBA No. 30422<br>Lauren M. Martin, WSBA No. 49026<br>601 Union Street, Suite 1500, Seattle, WA 98101<br>Phone: 206.622.5511<br>Emails: jmoore@bbllaw.com; lmartin@bbllaw.com<br>*Counsel for Defendant PeaceHealth, Inc. d/b/a St. Joseph Medical Center and PeaceHealth Medical Group* |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE OF DEFENDANTS
NORTHWEST RADIOLOGISTS, INC., P.S. AND
JASON M. STOANE, M.D. – 2
2:21-cv-00639-RSL

HART WAGNER, LLP
Trial Attorneys
1000 S.W. Broadway, 20th Floor
Portland, Oregon 97205
Telephone:(503) 222-4499
Fax: (503) 222-2301

| | |
|---|---|
| FAVROS LAW, PLLC | FAVROS LAW, PLLC |
| _s/ Scott O'Halloran_<br>Scott O'Halloran, WSBA No. 25236<br>Erin E. Ehlert, WSBA No. 26340<br>1301 A Street, Suite 900, Tacoma, WA 98402<br>Phone: 253.328.7800<br>Emails: scott@favros.com; erine@favros.com<br>*Counsel for Defendants Baker, M.D., Ha, D.O., and Fourth Corner Neuro* | _s/ Ketia B. Wick_<br>Ketia B. Wick, WSBA No. 27219<br>Caleb T. Mathena, 57001<br>701 Fifth Avenue, Suite 4750, Seattle, WA 98104<br>Phone: 206.749.0094<br>Emails: ketia@favros.com; caleb@favros.com<br>*Counsel for Defendant Fredette, M.D.* |

**ORDER**

Having come before the Court upon the Parties' Stipulation and Order of Dismissal with Prejudice, and having fully considered the same and found good cause exists therefor:

It is HEREBY ORDERED, ADJUDGED, and DECREED that any and all claims and causes of action which were or could have been brought by Plaintiff against Defendants Northwest Radiologists, Inc., P.S. and Jason M. Stoane, M.D. are hereby dismissed with prejudice and without costs and fees to any party.

DATED this __9th__ day of January, 2023.

_/s/ John H. Chun_
HON. JOHN H. CHUN
United States District Judge

Presented by:

s/ Donna L. Lee
Donna L. Lee, WSBA No. 42395
Gordon L. Welborn, WSBA No. 23769
Emails: dll@hartwagner.com; glw@hartwagner.com
*Counsel for Defendants NW Radiologists, Stoane, M.D.*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS NORTHWEST RADIOLOGISTS, INC., P.S. AND JASON M. STOANE, M.D. – 3
2:21-cv-00639-RSL

HART WAGNER, LLP
Trial Attorneys
1000 S.W. Broadway, 20th Floor
Portland, Oregon 97205
Telephone:(503) 222-4499
Fax: (503) 222-2301

1  Approved as to form, notice of presentation waived:

2  MOSELEY COLLINS LAW                             BENNETT BIGELOW & LEEDOM

3   s/ John J. Kinney III                                           s/ Jennifer L. Moore
4  John J. Kinney III, WSBA No. 53905              Jennifer L. Moore, WSBA No. 30422
   701 Fifth Avenue, #4200, Seattle, WA 98104      Lauren M. Martin, WSBA No. 49026
5  Phone:  206.333.2960                            601 Union Street, Suite 1500, Seattle, WA
   Email:  john@moseley-collins.com                98101
6  *Counsel for Plaintiff*                         Phone: 206.622.5511
                                                   Emails: jmoore@bbllaw.com;
7  JOHNSON GRAFFE KEAY MONIZ & WICK                lmartin@bbllaw.com
                                                   *Counsel for Defendant PeaceHealth, Inc. d/b/a*
8   s/ Philip deMaine                              *St. Joseph Medical Center and PeaceHealth*
9   s/ Brennen Johnson                             *Medical Group*
   Philip deMaine, WSBA No. 28389
10 Brennen Johnson, WSBA No. 51665                 FAVROS LAW, PLLC
   2115 N. 30th, Suite 101, Tacoma WA 98403
11 Phone: 253.572.5323                              s/ Ketia B. Wick
   Emails: phild@jgkmw.com;                        Ketia B. Wick, WSBA No. 27219
12 brennenj@jgkmw.com                              Caleb T. Mathena, 57001
   *Counsel for Defendants Bellingham Anesthesia*  701 Fifth Avenue, Suite 4750, Seattle, WA
13 *and Morrison, M.D.*                            98104
                                                   Phone: 206.749.0094
14                                                 Emails: ketia@favros.com; caleb@favros.com
   FAVROS LAW, PLLC                                *Counsel for Defendant Fredette, M.D.*
15
    s/ Scott O'Halloran
16 Scott O'Halloran, WSBA No. 25236
   Erin E. Ehlert, WSBA No. 26340
17 1301 A Street, Suite 900, Tacoma, WA 98402
18 Phone: 253.328.7800
   Emails: scott@favros.com; erine@favros.com
19 *Counsel for Defendants Baker, M.D., Ha, D.O.,*
   *and Fourth Corner Neuro*
20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL                          HART WAGNER, LLP
WITH PREJUDICE OF DEFENDANTS                                  Trial Attorneys
NORTHWEST RADIOLOGISTS, INC., P.S. AND                  1000 S.W. Broadway, 20th Floor
JASON M. STOANE, M.D.  – 4                                 Portland, Oregon 97205
2:21-cv-00639-RSL                                        Telephone:(503) 222-4499
                                                            Fax: (503) 222-2301

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2023, I served the foregoing **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS NORTHWEST RADIOLOGISTS, INC., P.S. AND JASON M. STOANE, M.D.** on the following parties at the following addresses:

| | |
|---|---|
| **Counsel for Plaintiff**<br>John J. Kinney III<br>Moseley Collins Law, APLC<br>701 Fifth Avenue, #4200<br>Seattle, WA 98104<br>206.333.2960<br>john@moseley-collins.com | ☐ Legal Messenger<br>☐ Facsimile<br>☒ ECF/Email<br>☐ 1st Class Mail<br>☐ UPS |
| **Counsel for Bellingham Anesthesia Associates, P.S. and John E. Morrison, M.D.**<br>Philip deMaine<br>Brennen Johnson<br>Johnson Graffe Keay Moniz & Wick<br>2115 N. 30th, Suite 101<br>Tacoma, WA 98403<br>253.572.5323<br>phild@jgkmw.com<br>brennenj@jgkmw.com | ☐ Legal Messenger<br>☐ Facsimile<br>☒ ECF/Email<br>☐ 1st Class Mail<br>☐ UPS |
| **Counsel for PeaceHealth, Inc. d/b/a St. Joseph's Medical Center and PeaceHealth Medical Group**<br>Jennifer L. Moore<br>Lauren M. Martin<br>Bennett Bigelow & Leedom<br>601 Union Street, Suite 1500<br>Seattle, WA 98101<br>206.622.5511<br>jmoore@bbllaw.com<br>lmartin@bbllaw.com | ☐ Legal Messenger<br>☐ Facsimile<br>☒ ECF/Email<br>☐ 1st Class Mail<br>☐ UPS |

////

////

////

////

☐ Legal Messenger

CERTIFICATE OF SERVICE – 1
2:21-cv-00639-RSL

HART WAGNER, LLP
Trial Attorneys
1000 S.W. Broadway, 20th Floor
Portland, Oregon 97205
Telephone:(503) 222-4499
Fax: (503) 222-2301

| | |
|---|---|
| **Counsel for David E. Baker, M.D., Tung M. Ha, M.D., and Fourth Corner Neurosurgical Associates, Inc., P.S.**<br>Scott O'Halloran<br>Erin E. Ehlert<br>Simon P. Youngbloom<br>FAVROS Law, pllc<br>1301 A Street, Suite 900<br>Tacoma, WA  98402<br>253.328.7800<br>scott@favros.com<br>erin@favros.com<br>simon@favros.com | ☐ Facsimile<br>☒ ECF/Email<br>☐ 1st Class Mail<br>☐ UPS |
| **Counsel for Paul B. Fredette, M.D.**<br>Ketia B. Wick<br>Caleb T. Mathena<br>Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane, PLLC<br>701 Fifth Avenue, Suite 4750<br>Seattle, WA 98104<br>206.749.0094<br>ketia@favros.com<br>caleb@favros.com | ☐ Legal Messenger<br>☐ Facsimile<br>☒ ECF/Email<br>☐ 1st Class Mail<br>☐ UPS |

        s/ Donna L. Lee
Donna L. Lee, WSBA No. 42395

CERTIFICATE OF SERVICE  – 2
2:21-cv-00639-RSL

HART WAGNER, LLP
Trial Attorneys
1000 S.W. Broadway, 20th Floor
Portland, Oregon 97205
Telephone:(503) 222-4499
Fax: (503) 222-2301