The Honorable John H. Chun

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH R. PADDOCK,<br><br>                       Plaintiff,<br><br>    v.<br><br>PEACEHEALTH, INC. d/b/a/ ST. JOSEPH'S MEDICAL CENTER and PEACEHEALTH MEDICAL GROUP, BELLINGHAM ANESTHESIA ASSOCIATES, P.S., FOURTH CORNER NEUROSURGICAL ASSOCIATES, INC., P.S., NORTHWEST RADIOLOGISTS, INC., P.S., DAVID E. BAKER, M.D., JASON M. STOANE, M.D., PAUL B. FREDETTE, M.D., JOHN E. MORRISON, M.D., CARMEN V. HELLINGA, R.N., DAVID A. FLARRY, R.N., JOANNA B. AXELSON, R.N., CAMILLE A. MILLER, M.D., and TUNG M. HA, D.O.<br><br>                       Defendants. | Case No. 2:21-cv-00639<br><br>**ORDER ON STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>MARCH 7, 2023 |

     This matter has come before the Court on the Stipulated Motion for Leave to File First Amended Complaint of Plaintiff Elizabeth R. Paddock. Having reviewed the materials filed in favor of the motion and the remainder of the file, it is hereby **ORDERED** that the motion is

ORDER ON
STIPULATED MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT - PAGE 1
No. 2:21-cv-00639

MOSELEY COLLINS LAW, APLC.
701 5th Avenue, Suite 4200
Seattle, WA 98104
(206) 333-2960; FAX (206) 452-1649

**GRANTED** and Plaintiff Elizabeth R. Paddock is granted leave to file her First Amended Complaint. Pursuant to LCR 15, Plaintiff shall file and serve her First Amended Complaint within fourteen (14) days of the filing of this order.

Signed this 8th day of March, 2023.

_John H. Chun_
John H. Chun
United States District Judge

Presented by:

MOSELEY COLLINS LAW, APLC

By: s/ John J. Kinney III
JOHN J. KINNEY III
WSBA # 53905
701 5th Avenue, #4200
Seattle, WA 98104
Telephone: 206-333-2960
Facsimile: 206-452-1649
Email: john@moseleycollins.com
Attorney for Plaintiff Elizabeth Paddock

ORDER ON
STIPULATED MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT - PAGE 2
No. 2:21-cv-00639

MOSELEY COLLINS LAW, APLC.
701 5th Avenue, Suite 4200
Seattle, WA 98104
(206) 333-2960; FAX (206) 452-1649

# CERTIFICATE OF SERVICE

I declare under penalty of perjury of the laws of the State of Washington that on the date below a copy of the foregoing **[PROPOSED] ORDER ON STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**, was forwarded for service upon counsel of record as follows:

| | |
|---|---|
| **Counsel for Defendants David Baker, Forth Corner Neurosurgical Associates**<br>Scott O'Halloran<br>Simon P. Youngbloom<br>FAVROS LAW<br>1301 A Street, Suite 900<br>Tacoma, WA 98402<br>Scott@favros.com<br>Simon@favros.com<br>Deannah@favros.com<br>Cindy@favros.com<br>Alex@favros.com | ☐ *Regular US Mail.*<br>☐ *Facsimile*<br>☐ *Personal Service*<br>☒ *Email/ECF* |
| **Counsel for Defendants Carmen Hellinga, PeaceHealth Inc. d.b.a. St. Joseph's Medical Center and PeaceHealth Medical Group, David Flarry, and Joanna Axelson**<br>Jennifer Moore<br>Lauren Martin<br>BENNET BIGELOW & LEEDOM, P.S.<br>601 Union Street, Suite 1500<br>Seattle, Washington 98101-1363<br>jmoore@bbllaw.com<br>lmartin@bbllaw.com<br>ffusaro@bbllaw.com<br>CBaughn@bbllaw.com<br>eservice@bbllaw.com | ☐ *Regular US Mail.*<br>☐ *Facsimile*<br>☐ *Personal Service*<br>☒ *Email/ECF* |
| **Counsel for Defendants Bellingham Anesthesia Associates and John Morrison**<br>Phil deMaine<br>Brennen J. Johnson<br>JOHNSON, GRAFFE, KEAY, MONIZ & WICK<br>2115 N. 30th St., Suite 101<br>Tacoma, WA 98403<br>phild@jgkmw.com | ☐ *Regular US Mail.*<br>☐ *Facsimile*<br>☐ *Personal Service*<br>☒ *Email/ECF* |

ORDER ON STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT - PAGE 3
No. 2:21-cv-00639

MOSELEY COLLINS LAW, APLC.
701 5th Avenue, Suite 4200
Seattle, WA 98104
(206) 333-2960; FAX (206) 452-1649

brennenj@jgkmw.com
BethB@jgkmw.com
kellys@jgkmw.com

| **Counsel for Defendants Paul B. Fredette, M.D.** | |
|---|---|
| Ketia B. Wick | ☐ Regular US Mail. |
| Caleb T. Mathena | ☐ Facsimile |
| FAVROS LAW | ☐ Personal Service |
| 701 Fifth Avenue, Suite 4750 | ☑ Email/ECF |
| Seattle, WA 98104 | |
| ketia@favros.com | |
| caleb@favros.com | |
| emilym@favros.com | |
| kenya@favros.com | |
| nikki@favros.com | |

Executed on March 8, 2023, at El Dorado Hills, CA.

                                                      /s/ Joshua Cordova
                                                     Joshua Cordova

ORDER ON
STIPULATED MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT - PAGE 4
No. 2:21-cv-00639

MOSELEY COLLINS LAW, APLC.
701 5th Avenue, Suite 4200
Seattle, WA 98104
(206) 333-2960; FAX (206) 452-1649