Honorable John H. Chun

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

ELIZABETH R. PADDOCK,

Plaintiff,

v.

PEACEHEALTH, INC. d/b/a/ ST. JOSEPH'S MEDICAL CENTER and PEACEHEALTH MEDICAL GROUP, BELLINGHAM ANESTHESIA ASSOCIATES, P.S., FOURTH CORNER NEUROSURGICAL ASSOCIATES, INC., P.S., NORTHWEST RADIOLOGISTS, INC., P.S., DAVID E. BAKER, M.D., JASON M. STOANE, M.D., PAUL B. FREDETTE, M.D., JOHN E. MORRISON, M.D., CARMEN V. HELLINGA, R.N., DAVID A. FLARRY, R.N., JOANNA B. AXELSON, R.N., CAMILLE A. MILLER, M.D., and TUNG M. HA, D.O.

Defendants.

Case No. 2:21-cv-00639

**ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF**

NOTE ON MOTION CALENDAR: JULY 21, 2023

***Clerk's Action Required***

This matter has come before the Court on Plaintiff Elizabeth Paddock's Stipulated Motion to File Over-Length Brief. The Court has reviewed the motion and all other materials on file and agrees that the overlength brief is appropriate.

MOSELEY COLLINS LAW, APLC.
701 5th Avenue, Suite 4200
Seattle, WA 98104
(206) 333-2960; FAX (206) 452-1649

It is hereby **ORDERED** that Plaintiff's Stipulated Motion to File Over-Length Brief is **GRANTED**, and Plaintiff shall be permitted to file an opposition to Defendant's Motion to Strike Expert Testimony Related to Anesthesia Standard of Care and Causation Opinions that is up to 39 pages in length.

DONE this 21st day of July, 2023.

HON. JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

MOSELEY COLLINS LAW, APLC

By: /s John J. Kinney III
JOHN J. KINNEY III
WSBA # 53905
701 5th Avenue, #4200
Seattle, WA 98104
Telephone: 206-333-2960
Facsimile: 206-452-1649
Email: john@moseleycollins.com
Attorney for Plaintiff Elizabeth Paddock

ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF - PAGE 2
No. 2:21-cv-00639

MOSELEY COLLINS LAW, APLC.
701 5th Avenue, Suite 4200
Seattle, WA 98104
(206) 333-2960; FAX (206) 452-1649

## CERTIFICATE OF SERVICE

I declare under penalty of perjury of the laws of the State of Washington that on the date below a copy of the foregoing **[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE AN OVER-LENGTH BRIEF**:

| | |
|---|---|
| **Counsel for Defendants David Baker, Forth Corner Neurosurgical Associates**<br>Scott O'Halloran<br>FAVROS LAW<br>1301 A Street, Suite 900<br>Tacoma, WA 98402<br>Scott@favros.com<br>Simon@favros.com<br>Deannah@favros.com<br>Cindy@favros.com<br>Alex@favros.com (for scheduling) | ☐ *Regular US Mail.*<br>☐ *Facsimile*<br>☐ *Personal Service*<br>☑ *Email/ECF* |
| **Counsel for Defendants Carmen Hellinga, PeaceHealth Inc. d.b.a. St. Joseph's Medical Center and PeaceHealth Medical Group, David Flarry, and Joanna Axelson**<br>Jennifer Moore<br>Lauren Martin<br>BENNET BIGELOW & LEEDOM, P.S.<br>601 Union Street, Suite 1500<br>Seattle, Washington 98101-1363<br>jmoore@bbllaw.com<br>lmartin@bbllaw.com<br>ffusaro@bbllaw.com<br>cjohnston@bbllaw.com<br>eservice@bbllaw.com | ☐ *Regular US Mail.*<br>☐ *Facsimile*<br>☐ *Personal Service*<br>☑ *Email/ECF* |
| **Counsel for Defendants Bellingham Anesthesia Associates and John Morrison**<br>Phil deMaine<br>Brennen J. Johnson<br>JOHNSON, GRAFFE, KEAY, MONIZ & WICK<br>2115 N. 30th St., Suite 101<br>Tacoma, WA 98403<br>phild@jgkmw.com<br>brennenj@jgkmw.com<br>BethB@jgkmw.com<br>kellys@jgkmw.com | ☐ *Regular US Mail.*<br>☐ *Facsimile*<br>☐ *Personal Service*<br>☑ *Email/ECF* |

MOSELEY COLLINS LAW, APLC.
701 5th Avenue, Suite 4200
Seattle, WA 98104
(206) 333-2960; FAX (206) 452-1649

**Counsel for Defendants Paul B. Fredette, M.D.**
Ketia B. Wick
Caleb T. Mathena
FAVROS LAW
3131 Elliot Avenue, Suite 300
Seattle, WA 98121
ketia@favros.com
caleb@favros.com
*kenya@favros.com*
*nikki@favros.com*
christopherd@favros.com

☐ *Regular US Mail.*
☐ *Facsimile*
☐ *Personal Service*
☑ *Email/ECF*

Executed on July 20, 2023, at El Dorado Hills, CA.

                             s/ John J. Kinney III
                             John J. Kinney III

ORDER GRANTING
STIPULATED MOTION FOR
LEAVE TO FILE OVER-LENGTH
BRIEF - PAGE 4
No. 2:21-cv-00639

MOSELEY COLLINS LAW, APLC.
701 5th Avenue, Suite 4200
Seattle, WA 98104
(206) 333-2960; FAX (206) 452-1649