UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH R. PADDOCK,<br><br>        Plaintiff,<br><br>   v.<br><br>PEACEHEALTH, INC., d/b/a ST. JOSEPH'S MEDICAL CENTER and PEACEHEALTH MEDICAL GROUP, et al.,<br><br>        Defendants. | CASE NO. 2:21-cv-00639<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE OVER-LENGTH BRIEF |

    This matter has come before the Court on Defendants' Motion to File Over-Length Brief. The Court has reviewed the motion and all other materials on file, and agrees that the overlength brief is appropriate.

    It is hereby ORDERED that Defendants' Motion to File Over-Length Brief is GRANTED, and Defendant's 39-page Motion to Strike Expert Testimony Related to Anesthesia Standard of Care and Causation Opinions will be accepted for filing.  Plaintiff shall be granted 39 pages for any response pursuant to W.D. Wash. Local Rules, LCR 7(f)(4).

    //

    //

    //

Dated this 21st day of July, 2023.

John H. Chun
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION TO FILE OVER-LENGTH BRIEF - 2