UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH R. PADDOCK<br><br>Plaintiff,<br><br>vs.<br><br>PEACEHEALTH, INC. d/b/a ST. JOSEPH'S MEDICAL CENTER and PEACEHEALTH MEDICAL GROUP, BELLINGHAM ANESTHESIA ASSOCIATES, P.S., FOURTH CORNER NEUROSURGICAL ASSOCIATES, INC., P.S., DAVID E. BAKER, M.D.<br><br>Defendants. | Civil Action No. 2:21-CV-00639 JHC<br><br>**STIPULATION AND ORDER OF PARTIAL DISMISSAL OF CLAIMS AGAINST PEACEHEALTH** |

**JOINT STIPULATION AND PARTIAL DISMISSAL OF CLAIMS**

COME NOW counsel for plaintiff, and counsel for the defendants, by and through their respective undersigned attorneys, and pursuant to FRCP 41(a)(1)(A)(ii), hereby stipulate and agree as follows:

1.  Plaintiff's Fifth Cause of Action (Respondeat Superior against Defendant PeaceHealth, Inc.) should be dismissed with prejudice and without fees or costs to any party.

JOINT STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) -
Page 1
03086-004\DRAFT PeaceHealth Dismissal with JK Edits

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

2. This stipulation does not apply to any of Plaintiff's claims for apparent agency against PeaceHealth (Plaintiff's Eighth Cause of Action).

**DATED** this 29 day of September, 2023.

BENNETT BIGELOW & LEEDOM, P.S.

By  s/ Jennifer L. Moore
     Jennifer L. Moore, WSBA No. 30422
     601 Union Street, Suite 1500
     Seattle, Washington 98101-1363
     Telephone: (206) 622-5511
     Email:  Jmoore@bbllaw.com
     Attorneys for Peacehealth, Inc., Peacehealth
     Medical Group, Carmen V. Hellinga, RN,
     David A. Flarry, RN and Joanna B. Axelson, RN

MOSELY COLLINS LAW, APLC

By: s/John Kinney
     JOHN J. KINNEY III, WSBA No. 53905
     701 5th Avenue, #4200
     Seattle, WA 98104
     Telephone: 206-333-2960
     Email: john@moseleycollins.com
     Attorney for Plaintiff Elizabeth Paddock

JOHNSON GRAFFE, KEAY, MONIZ & WICK, LLP

By: s/Phillip deMaine
     Philip M. deMaine, WSBA #28389
     Brennen Johnson, WSBA #51665
     2115 N. 30th St., Ste 101
     Tacoma, WA 98403
     (253) 572-5323
     Email: phild@jgkmw.com; brennenj@jgkmw.com
     Attorneys for Bellingham Anesthesia Associates &
     John E. Morrison, MD

JOINT STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) -
Page 2
03086-004\DRAFT PeaceHealth Dismissal with JK Edits

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

1  FAIN ANDERSON VANDERHOEF
   ROSENDAHL O'HALLORAN SPILLANE, PLLC
2  
   By: s/Ketia Wick
3     Ketia B. Wick, WSBA #27219
      Caleb Mathena, WSBA #57001
      3131 Elliott Ave., Suite 300
4     Seattle, WA 98121
      (206) 749-0094
5     Email: ketia@favros.com; caleb@favros.com
      Attorney for Paul B. Fredette, MD
6  

7  FAIN ANDERSON VANDERHOEF ROSENDAHL
   O'HALLORAN SPILLANE, PLLC

8  By: s/Scott O'Halloran
      Scott O'Halloran, WSBA #25236
      Simon Youngbloom, WSBA #58851
9     1301 A Street, Suite 900
      Tacoma, WA 98402
10    (253) 328-7800
      Email: scott@favros.com; simon@favros.com
11    Attorney for Fourth Corner Neurosurgical
      Associates, P.S., David E. Baker, MD

JOINT STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) -
Page 3
03086-004\DRAFT PeaceHealth Dismissal with JK Edits

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

**ORDER**

Having come before the Court upon the Parties' Stipulation of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(ii), and having fully considered the same and found good cause exists therefor:

IT IS HEREBY ORDERED that this Joint Stipulation for Voluntary Dismissal of Claims Against PeaceHealth is approved and entered by the Court and that this Order supports the filing of any disputed documents initially under seal.

DATED this 2nd day of October, 2023.

_____
JUDGE JOHN H. CHUN
United States District Judge

Presented by:

BENNETT BIGELOW & LEEDOM, P.S.

By   s/ Jennifer L. Moore
Jennifer L. Moore, WSBA No. 30422
Attorneys for Peacehealth, Inc.,
Peacehealth Medical Group,
Carmen V. Hellinga, RN, David A. Flarry, RN
and Joanna B. Axelson, RN

MOSELY COLLINS LAW, APLC

By: s/John Kinney
JOHN J. KINNEY III, WSBA No. 53905
701 5th Avenue, #4200
Seattle, WA 98104
Telephone: 206-333-2960
Email: john@moseleycollins.com
Attorney for Plaintiff Elizabeth Paddock

JOINT STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) -
Page 4
03086-004

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

1  JOHNSON GRAFFE, KEAY, MONIZ & WICK, LLP

2  By: s/Phillip deMaine
      Philip M. deMaine, WSBA #28389
3     Brennen Johnson, WSBA #51665
      2115 N. 30th St., Ste 101
      Tacoma, WA 98403
4     (253) 572-5323
      Email: phild@jgkmw.com; brennenj@jgkmw.com
5     Attorneys for Bellingham Anesthesia Associates &
      John E. Morrison, MD

6

7  FAIN ANDERSON VANDERHOEF
   ROSENDAHL O'HALLORAN SPILLANE, PLLC

8  By:   s/Ketia Wick
      Ketia B. Wick, WSBA #27219
9     Caleb Mathena, WSBA #57001
      3131 Elliott Ave., Suite 300
      Seattle, WA 98121
10    (206) 749-0094
      Email: ketia@favros.com; caleb@favros.com
11    Attorney for Paul B. Fredette, MD

12 FAIN ANDERSON VANDERHOEF ROSENDAHL
   O'HALLORAN SPILLANE, PLLC

13 By:   s/Scott O'Halloran
      Scott O'Halloran, WSBA #25236
14    Simon Youngbloom, WSBA #58851
      1301 A Street, Suite 900
      Tacoma, WA 98402
15    (253) 328-7800
      Email: scott@favros.com; simon@favros.com
16    Attorney for Fourth Corner Neurosurgical
   Associates, P.S., David E. Baker, MD

17

18

19

20

JOINT STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) -
Page 5
03086-004\DRAFT PeaceHealth Dismissal with JK Edits

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

# CERTIFICATE OF SERVICE

I hereby certify that on the 29 day of September, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**Counsel for Plaintiff**
John J. Kinney, III
Moseley Collins Law APLC
701 5th Ave, Suite 4200
Seattle, WA 98104
john@moseleycollins.com; joshua@moseley-collins.com; shaine@moseley-collins.com

☐ Legal Messenger
☐ Facsimile
☒ ECF/Email
☐ 1st Class mail
☐ Federal Express

**Counsel for Bellingham Anesthesia Associates PS and John E. Morrison, M.D.**
Philip M. deMaine / Brennen Johnson
Johnson Graffe Keay Moniz & Wick LLP - Tacoma
2115 N. 30th St., Suite 101
Tacoma, WA 98403-3396
phild@jgkmw.com; brennenj@jgkmw.com; bethb@jgkmw.com; kellys@jgkmw.com

☐ Legal Messenger
☐ Facsimile
☒ ECF/Email
☐ 1st Class mail
☐ Federal Express

**Counsel for David Baker, M.D. and Fourth Corner Neurosurgical Associates**
Scott M. O'Halloran / Simon Youngbloom
FAVROS Law - Tacoma
1301 A Street, Suite 900
Tacoma, WA 98402
scott@favros.com; simon@favros.com; cindy@favros.com alex@favros.com; deannah@favros.com

☐ Legal Messenger
☐ Facsimile
☒ ECF/Email
☐ 1st Class mail
☐ Federal Express

**Counsel for Paul B. Fredette, MD**
Ketia B. Wick / Caleb Mathena
FAVROS Law - Seattle
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
ketia@favros.com; caleb@favros.com; nikki@favros.com; emilym@favros.com; kenya@favros.com

☐ Legal Messenger
☐ Facsimile
☒ ECF/Email
☐ 1st Class mail
☐ Federal Express

DATED this 29 day of September, 2023.

By  *s/Jennifer L. Moore*
Jennifer L. Moore

JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) - Page 6
03086-004\DRAFT PeaceHealth Dismissal with JK Edits

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986