The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH R. PADDOCK,<br><br>Plaintiff,<br><br>v.<br><br>PEACEHEALTH, INC. d/b/a ST. JOSEPH'S MEDICAL CENTER and PEACEHEALTH MEDICAL GROUP, BELLINGHAM ANESTHESIA ASSOCIATES, P.S., FOURTH CORNER NEUROSURGICAL ASSOCIATES, INC., P.S., NORTHWEST RADIOLOGISTS, INC., P.S., DAVID E. BAKER, M.D., JASON M. STOANE, M.D., PAUL B. FREDETTE, M.D., JOHN E. MORRISON, M.D., CARMEN V. HELLINGA, R.N., DAVID A FLARRY, R.N., JOANNA B. AXELSON, R.N., CAMILLE A. MILLER, M.D., and TUNG M. HA, D.O.,<br><br>Defendants. | NO. 2:21-cv-00639 JHC<br><br>STIPULATION AND ORDER OF DISMISSAL |

**STIPULATION**

COME NOW the parties, by and through their attorneys of record, and hereby stipulate that all claims against defendants Paul B. Fredette, M.D., Bellingham Anesthesia Associates PS and John E. Morrison, M.D. should be dismissed with prejudice and without costs, and that an order dismissing those claims may be entered without notice of presentation.

MOSELEY COLLINS LAW APLC          FAIN ANDERSON VANDERHOEF

STIPULATION AND ORDER OF DISMISSAL- 1

|   |   |
|---|---|
| By /s/John J. Kinney<br>**Per Email Authorization 1/2/2024*<br>John J. Kinney, III, WSBA #53905<br>Counsel for Plaintiff Elizabeth Paddock | ROSENDAHL O'HALLORAN SPILLANE, PLLC<br><br>By: _____<br>Ketia B. Wick, WSBA #27219<br>Susan Kim, WSBA #35116<br>Counsel for Defendant Paul B. Fredette, M.D. |
| JOHNSON, GRAFFE, KEAY, MONIZ & WICK LLP – TACOMA | BENNETT BIGELOW & LEEDOM, P.S. |
|   | BENNETT BIGELOW & LEEDOM, P.S.<br><br>By: _____<br>Jennifer L. Moore, WSBA #30422<br>Lauren Martin, WSBA #49026<br>601 Union Street, Suite 1500<br>Seattle, WA 98101 |
| By /s/Philip deMaine<br>*Per Email Authorization 12/27/2023*<br>Philip deMaine, WSBA #28389<br>Brennen Johnson, WSBA #51665<br>Counsel for Defendant Bellingham Anesthesia Associates PS and John E. Morrison, M.D. |   |
| FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC<br><br>By _____<br>Scott M. O'Halloran, WSBA #25236<br>Counsel for Defendant Fourth Corner Neurosurgical Associates, Inc., P.S.; Davis E. Baker, M.D. and Tung M. Ha, D.O. |   |

STIPULATION AND ORDER OF DISMISSAL- 2

**ORDER OF DISMISSAL**

Pursuant to the above stipulation, it is hereby ORDERED that all claims in this matter against defendants Paul B. Fredette, M.D., Bellingham Anesthesia Associates PS and John E. Morrison, M.D. are hereby dismissed in their entirety with prejudice and without costs.

DATED this 3rd day of January, 2024.

_____
JUDGE JOHN H. CHUN