The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH R. PADDOCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEACEHEALTH, INC. d/b/a ST. JOSEPH'S MEDICAL CENTER and PEACEHEALTH MEDICAL GROUP, BELLINGHAM ANESTHESIA ASSOCIATES, P.S., FOURTH CORNER NEUROSURGICAL ASSOCIATES, INC., P.S., NORTHWEST RADIOLOGISTS, INC., P.S., DAVID E. BAKER, M.D., JASON M. STOANE, M.D., PAUL B. FREDETTE, M.D., JOHN E. MORRISON, M.D., CARMEN V. HELLINGA, R.N., DAVID A FLARRY, R.N., JOANNA B. AXELSON, R.N., CAMILLE A. MILLER, M.D., and TUNG M. HA, D.O.,<br><br>　　　　　Defendants. | NO. 2:21-cv-00639 JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

**STIPULATION**

COMES NOW the parties, by and through their attorneys of record, and hereby stipulate that all claims against Defendants PeaceHealth, Inc., d/b/a St. Joseph's Medical Center, PeaceHealth Medical Group, Fourth Corner Neurosurgical Associates, Inc., and David E. Baker, M.D. should be dismissed with prejudice and without costs, and that an order dismissing those

STIPULATION AND ORDER OF DISMISSAL- 1

claims may be entered without notice of presentation.  Additionally, parties agree that the **entire action** should be dismissed with prejudice and without costs.

| MOSELEY COLLINS LAW APLC | BENNETT BIGELOW & LEEDOM, P.S. |
|---|---|
| By *s/John J. Kinney, III*<br>John J. Kinney, III, WSBA #53905<br>Counsel for Plaintiff Elizabeth Paddock | By *s/Lauren M. Martin*<br>Jennifer L. Moore, WSBA #30422<br>Lauren Martin, WSBA #49026<br>Counsel for Defendant PeaceHealth, Inc. d/b/a St. Joseph Medical Center and PeaceHealth Medical Group |

FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC

By *s/Scott M. O'Halloran*
Scott M. O'Halloran, WSBA #25236
Simon Youngbloom, WSBA #58851
Counsel for Defendant Fourth Corner Neurosurgical Associates, Inc., P.S. and David E. Baker, M.D.

STIPULATION AND ORDER OF DISMISSAL- 2

**ORDER OF DISMISSAL**

Pursuant to the above stipulation, it is hereby ORDERED that all claims in this matter against defendants PeaceHealth, Inc., Fourth Corner Neurosurgical Associates, Inc., and David Baker, M.D. are hereby dismissed in their entirety with prejudice and without costs. Additionally, it ordered that the **entire action** is dismissed in its entirety with prejudice and without costs.

DATED this 7th day of February, 2024.

_John H. Chun_
John H. Chun
United States District Judge

1  *Presented by:*

2

3  BENNETT BIGELOW & LEEDOM, P.S.

4  By: _s/Lauren M. Martin_
    Jennifer L. Moore, WSBA #30422
5  Lauren Martin, WSBA #49026
    601 Union Street, Suite 1500
6  Seattle, WA 98101
    jmoore@bbllaw.com; lmartin@bbllaw.com
7  *Counsel for Defendant PeaceHealth, Inc. d/b/a*
8  *St. Joseph Medical Center and PeaceHealth Medical Group,*

9  FAIN ANDERSON VANDERHOEF ROSENDAHL
   O'HALLORAN SPILLANE, PLLC
10

11  By: _s/Scott M. O'Halloran_
    Scott O' Halloran, WSBA #25236
12  Simon Youngbloom, WSBA #58851
    1301 A, Street, Suite 900
13  Tacoma, WA 98402
14  scott@favros.com; simon@favros.com
    *Counsel for Fourth Corner Neurosurgical Associates, Inc.,*
15  *P.S., and David E. Baker, M.D.*

16  MOSELEY COLLINS LAW APLC

17

18  By: _s/John J. Kinney, III_
    John J. Kinney, III, WSBA #53905
19  701 5th Ave, Suite 4200
    Seattle, WA 98104
20  john@moseleycollins.com
    *Counsel for Plaintiff Elizabeth Paddock*
21

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL- 4